Lee Duane JACOBS *v.* STATE of Arkansas

728 S.W.2d 192

Supreme Court of Arkansas
Opinion delivered May 4, 1987

*Naif Samuel Khowry*, for appellant.

No response.

PER CURIAM. Appellant, Lee Duane Jacobs, by his attorney, has filed for a rule on the clerk.

His attorney, Naif Samuel Khoury, admits that the record was tendered late due to a mistake on his part.

■ We find that such an error, admittedly made by the

attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, In Re: Belated Appeals in Criminal Cases, 265 Ark. 964.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.